IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUAN A. ORENGO,

    Petitioner,                                     JUDGMENT IN A CIVIL CASE

v.                                             Case No. 12-cv-890-wmc

LIZZY TEGELS, Warden,
Jackson Correctional Institution,

    Respondent.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered denying Juan A. Orengo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and dismissing this case with prejudice.

    /s/                                                         1/20/2015

Peter Oppeneer, Clerk of Court                    Date