UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JUAN A. ORENGO,

      Petitioner,

      v.                                Case No. 12-cv-890-wmc

LIZZIE TEGELS, Warden,
Jackson Correctional Institution,

      Respondent.

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Juan A. Orengo, petitioner in the above-captioned action, by undersigned counsel, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered January 20, 2015, dismissing his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254, and from all other final orders in this case.

By concurrently filed Motion, Orengo seeks leave to proceed *in forma pauperis* on appeal in this case.

Dated at Milwaukee, Wisconsin, February 12, 2015.

                                    Respectfully submitted,

P.O. ADDRESS:                     JUAN A. ORENGO, Petitioner

316 N. Milwaukee St., #535         HENAK LAW OFFICE, S.C.
Milwaukee, Wisconsin 53202           s/ Robert R. Henak
(414) 283-9300                         Robert R. Henak
(414) 283-9400 (fax)                State Bar No. 1016803
henaklaw@sbcglobal.net

Notice of Appeal.wpd

Case: 3:12-cv-00890-wmc   Document #: 49   Filed: 02/20/15   Page 2 of 2